United States Bankruptcy Court
District of Arizona

In re:                                                                                            Case No. 22-02797-BKM
RICARDO JIMENEZ                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2                                               User: admin                                             Page 1 of 4
Date Rcvd: Aug 03, 2022                                Form ID: pdf002                                 Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | RICARDO JIMENEZ, 528 W MOUNTAIN SAGE DR, PHOENIX, AZ 85045-0441 |
| 16700221 | | 1st Digital/synovus/vt, Transaction Services, Sioux Falls SD 57118 |
| 16700228 | + | Bk Of Mo/tv, Po Box 84930, Sioux Falls SD 57118-4930 |
| 16711384 | + | CASH TIME TITLE LOANS , INC., 2612 N 16TH ST, PHOENIX , AZ 85006-1403 |
| 16700230 | + | Cash Time Title Loans, Attn: Bankruptcy, 2140 West Camelback Rd, Phoenix AZ 85015-3461 |
| 16700237 | + | DigniFi, Attn: Banktuptcy, Po Box 576, Bellevue WA 98009-0576 |
| 16700247 | + | Fnbo/ccs, Attn: Bankruptcy, Po Box 5081, Sioux Falls SD 57117-5081 |
| 16700254 | + | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 16705030 | + | MRV Banks, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 16700255 | + | Mrv Bk/revvi, Po Box 85800, Sioux Falls SD 57118-5800 |
| 16700259 | + | Seed/cross River Bank, 268 Bush St, San Francisco CA 94104-3503 |
| 16705033 | + | Synovus Bank, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 16700263 | + | The Hallstrom Law Firm, 1221 E Osborn Rd Ste 101, Phoenix AZ 85014-5540 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcynotices@azdor.gov | Aug 03 2022 22:36:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | + | Email/Text: bankruptcynotices@azdor.gov | Aug 03 2022 22:36:00 | ARIZONA DEPARTMENT OF REVENUE, 2005 N Central Ave Suite 100, Phoenix, AZ 85004-1546 |
| 16703479 | + | Email/Text: bankruptcynotices@azdor.gov | Aug 03 2022 22:36:00 | ARIZONA DEPARTMENT OF REVENUE, c/o Tax, Bankruptcy and Coll, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 16742597 | + | Email/Text: g20956@att.com | Aug 03 2022 22:37:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 16700227 | | Email/Text: bankruptcynotices@azdor.gov | Aug 03 2022 22:36:00 | AZ DEPT OF REVENUE, 1600 W MONROE, Phoenix AZ 85007-2650 |
| 16700222 | + | Email/Text: bankruptcy@acimacredit.com | Aug 03 2022 22:38:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy UT 84070-4384 |
| 16700224 | + | Email/Text: backoffice@affirm.com | Aug 03 2022 22:38:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh PA 15212-5862 |
| 16744009 | + | Email/PDF: pa_dc_ed@navient.com | Aug 03 2022 22:40:28 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 16700226 | + | Email/Text: bk@avant.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 03 2022 22:37:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago IL 60601-1112 |
| 16750295 | + | Email/Text: bkattorneynotices@gmail.com | | |
| | | | Aug 03 2022 22:37:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 16700231 | + | Email/Text: bankruptcy.notifications@fisglobal.com | | |
| | | | Aug 03 2022 22:37:00 | CHEX SYSTEMS, ATTN: CUSTOMER RELATIONS, 7805 HUDSON RD #100, Saint Paul MN 55125-1703 |
| 16741294 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 03 2022 22:51:30 | CONN APPLIANCES, INC., C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN PA 19355-0702 |
| 16700233 | | Email/Text: cfcbackoffice@contfinco.com | | |
| | | | Aug 03 2022 22:37:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo NY 14240 |
| 16700235 | ^ | MEBN | | |
| | | | Aug 03 2022 22:35:34 | CSC CREDIT SERVICES, BOX 740040, Atlanta GA 30374-0040 |
| 16700229 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 03 2022 22:40:58 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 16700232 | + | Email/Text: bankruptcynotices@conns.com | | |
| | | | Aug 03 2022 22:36:00 | Conn's HomePlus, 2445 Technology Forest Boulevard, Building 4, Suite 800, The Woodlands TX 77381-5263 |
| 16700234 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Aug 03 2022 22:41:03 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 16700236 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Aug 03 2022 22:40:54 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage NY 11804-9001 |
| 16700238 | ^ | MEBN | | |
| | | | Aug 03 2022 22:35:10 | EQUIFAX INFORMATION SERIVICES, LLC, PO BOX 740256, Atlanta GA 30374-0256 |
| 16700239 | ^ | MEBN | | |
| | | | Aug 03 2022 22:35:09 | EXPERIAN, PO BOX 9701, Allen TX 75013-9701 |
| 16700242 | | Email/Text: BNSFN@capitalsvcs.com | | |
| | | | Aug 03 2022 22:37:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls SD 57117 |
| 16700243 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Aug 03 2022 22:41:03 | FIRST PREMIER BANK, P.O. BOX 5524, 3820 N. LOUISE AVENUE, Sioux Falls SD 57107-0145 |
| 16700245 | | Email/Text: BNSFS@capitalsvcs.com | | |
| | | | Aug 03 2022 22:37:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls SD 57117 |
| 16700246 | | Email/Text: BNBLAZE@capitalsvcs.com | | |
| | | | Aug 03 2022 22:37:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls SD 57117 |
| 16762543 | + | Email/Text: bankruptcy@flexshopper.com | | |
| | | | Aug 03 2022 22:37:00 | FLEXSHOPPER, LLC, 901 Yamato Rd Ste 260, 901 Yamato Rd Ste 260, Boca Raton, FL 33431-4415 |
| 16750296 | + | Email/Text: opportunitynotices@gmail.com | | |
| | | | Aug 03 2022 22:37:00 | FinWise Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 16700241 | + | Email/Text: opportunitynotices@gmail.com | | |
| | | | Aug 03 2022 22:37:00 | FinWise Bank/Opp Loans, Attn: Bankruptcy, 130 E Randolph St, Ste 3400, Chicago IL 60601-6379 |
| 16700240 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Aug 03 2022 22:37:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud MN 56303-0820 |
| 16700248 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Aug 03 2022 22:37:01 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta GA 30348-5555 |
| 16700250 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Aug 03 2022 22:38:01 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 16700251 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Aug 03 2022 22:37:00 | IRS, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, Philadelphia PA 19101-7346 |
| 16720931 | + | Email/Text: gbechakas@outlook.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 03 2022 22:37:00 | Intercoastal Financial Llc, 7954 Transit Rd #136, Williamsville, NY 14221-4117 |
| 16740327 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2022 22:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 16700252 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2022 22:37:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud MN 56303 |
| 16739307 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2022 22:41:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16752010 | + | Email/Text: bncmail@w-legal.com | Aug 03 2022 22:37:00 | Landmark Strategy Group, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 16726865 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2022 22:40:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16753769 | + | Email/Text: bankruptcy@ncaks.com | Aug 03 2022 22:36:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 16700256 | + | Email/PDF: pa_dc_claims@navient.com | Aug 03 2022 22:41:00 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre PA 18773-9500 |
| 16752616 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2022 22:41:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 16731061 | + | Email/Text: documentfiling@lciinc.com | Aug 03 2022 22:36:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 16718522 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2022 22:37:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 16700258 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 03 2022 22:51:34 | Regional Acceptance Company, Attn: Bankruptcy, P.O. Box 1487, Wilson NC 27894-1487 |
| 16715264 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 03 2022 22:51:34 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 16700260 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Aug 03 2022 22:36:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis MN 55403 |
| 16700264 | ^ | MEBN | Aug 03 2022 22:35:04 | TRANS UNION, PO BOX 1000, Crum Lynne PA 19022 |
| 16700261 | + | Email/Text: bncmail@w-legal.com | Aug 03 2022 22:37:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |
| 16700262 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 03 2022 22:37:01 | Tbom/Atls/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta GA 30348-5555 |
| 16705027 | + | Email/Text: bknotices@totalcardinc.com | Aug 03 2022 22:37:00 | The Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 16700265 | + | Email/Text: LCI@upstart.com | Aug 03 2022 22:37:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos CA 94070-7503 |
| 16744533 | | Email/PDF: ebn_ais@aisinfo.com | Aug 03 2022 22:41:06 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 16700266 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 03 2022 22:37:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud MN 56303-0820 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**    **Name and Address**

| | | |
| --- | --- | --- |
| 16700223 | *+ | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy UT 84070-4384 |
| 16700225 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh PA 15212-5862 |
| 16700244 | *+ | FIRST PREMIER BANK, P.O. BOX 5524, 3820 N. LOUISE AVENUE, Sioux Falls SD 57107-0145 |
| 16700249 | *+ | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta GA 30348-5555 |
| 16700253 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud MN 56303 |
| 16700257 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre PA 18773-9500 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:**

**Name**     **Email Address**

MATTHEW ALLEN SILVERMAN
on behalf of Creditor ARIZONA DEPARTMENT OF REVENUE matthew.silverman@azag.gov BankruptcyUnit@azag.gov,hua.qin@azag.gov,michelle.schlosser@azag.gov

Matthew Scott Fankhauser
on behalf of Debtor RICARDO JIMENEZ office@azlawyer.net  matt@azlawyer.net

RUSSELL BROWN
on behalf of Trustee RUSSELL BROWN ecfmailclient@ch13bk.com

RUSSELL BROWN
ecfmailclient@ch13bk.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 5

_Brenda K. Martin_
**Brenda K. Martin, Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>RICARDO JIMENEZ,<br><br>Debtor. | Chapter 13<br><br>Case No. 2-22-bk-02797 BKM<br><br>**ORDER DISMISSING CASE** |

The Trustee having notified the Court that the Debtor failed to file his 2013, 2016, 2017, 2018, and 2020 state income tax returns (POC #1) and 2016, 2017, 2018, and 2020 federal income tax returns (POC #14) as required by Local Rule 2084-5, the Court finds cause for dismissing the case pursuant to 11 U.S.C. § 1307(e).

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all parties in interest;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve of reinstatement of the case, the matter may be set for hearing upon the Debtor's motion. The Court may set a hearing on any motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal;

(C) Pursuant to 11 U.S.C. § 586(e)(2), the Trustee collected the statutory percentage fee from all payments received and paid monthy actual, necessary expenses as such fee was collected.

(D) If the Chapter 13 Plan contains an application for payment of administrative expenses and no party in interest filed an objection to the application, then the counsel for the Debtor may lodge an order approving the application within 10 calendar days after the Court enters this Dismissal Order. Alternatively, counsel for the Debtor has 10 calendar days after the Court enters this Dismissal Order to file and notice out a separate fee application. If the attorney for the Debtor fails to timely lodge such Order or file a fee application, the Trustee may pay out the funds on hand according to this Order;

(E) The Trustee is to pay from the funds on hand conduit mortgage payments and any adequate protection payments previously ordered by the Court or as provided in Local Rule 2084-6, then to any allowed administrative expenses. If there is an insufficient amount of funds on hand to pay conduit mortgage payments and adequate protection payments, then the Trustee shall pay such amounts pro rata. After payment of conduit mortgage payments, adequate protection payments, and administrative expenses, the Trustee will return any remaining funds to the Debtor.

**ORDER SIGNED AND DATED ON PAGE ONE**